## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH BROWN, JANESHIA MARTIN, and NICHOLAS MOORE, individually and on behalf of all others similarly situated, | Case No.: 2:18-cv-11249-SDW-JAD |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| HYUNDAI MOTOR AMERICA, and HYUNDAI MOTOR COMPANY, LTD, | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for

11:00 a.m. on April 19, 2021, Plaintiffs will move to have the Court grant their

unopposed motion seeking entry of an order granting final approval to the

Settlement Agreement.[1]

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their unopposed motion for attorneys' fees, expenses, and service awards. The motion seeking that relief was filed on March 19, 2021 (ECF No. 60).

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the accompanying Memorandum of Law, Declaration of Matthew D. Schelkopf, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: April 5, 2021                    Respectfully Submitted,

By:    /s/ *Matthew D. Schelkopf*
       Matthew D. Schelkopf
       Joseph G. Sauder
       Joseph B. Kenney
       **SAUDER SCHELKOPF LLC**
       1109 Lancaster Avenue
       Berwyn, Pennsylvania 19312
       Telephone: (610) 200-0581
       mds@sstriallawyers.com
       jgs@sstriallawyers.com
       jbk@sstriallawyers.com

       Nicholas Migliaccio
       Jason Rathod
       Esfand Y. Nafisi
       **MIGLIACCIO & RATHOD LLP**
       412 H Street Northeast, Suite 302
       Washington, D.C. 20002
       Telephone: (202) 470-3520
       Facsimile: (202) 800-2730
       nmigliaccio@classlawdc.com
       jrathod@classlawdc.com
       enafisi@classlawdc.com

       Daniel C. Levin
       **LEVIN SEDRAN & BERMAN**
       510 Walnut Street

Suite 500
Philadelphia, PA 19102
Telephone: 215-592-1500
Facsimile: 215-592-4663


***Class Counsel***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on April 5, 2021 using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
