# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH BROWN, JANESHIA MARTIN, and NICHOLAS MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, and HYUNDAI MOTOR COMPANY, LTD,<br><br>Defendants. | Case No.: 2:18-cv-11249-SDW-JSA<br><br>**CLASS ACTION** |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THEIR UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

The deadline for Class Members to exclude themselves from, or object to, the proposed settlement was April 2, 2021. Since Plaintiffs filed their Unopposed Motion for Final Approval of the Class Action Settlement (ECF No. 61, hereafter "Motion"), Hyundai Motor America received an additional twenty-eight (28) objections and an additional sixty-six (66) requests for exclusions. Plaintiffs file this supplement to their Motion to briefly address the objections, and to provide copies of them to the Court.[1]

When combined with the twenty-three (23) objections previously submitted to the Court, just fifty-one (51) Class Members submitted objections to the Settlement. When compared to the 1,041,863 Class Vehicles, and 2,112,281 notices sent, the percentage of objections received is just 0.0049% of the total Class Vehicles, and just 0.0024% of the total notices sent.

The objections tread the same ground as the objections previously submitted to the Court. Twelve of the objections contend that the automatic warranty extension should be expanded to additional states,[2] or that the mileage or duration of the warranty extension should be extended even further.[3] Certain objectors also

---

[1] The objections are attached as **Exhibit A** to the Declaration of Matthew D. Schelkopf. Due to the file size of the attachments to the objections, the objections are split into two files.

[2] *See* Objections of Pam Weppler, Nancy Maxwell, Robert Pickmans, Althea Hutcheson, Bruce Kaplan, Javier Delgado, Joel Lofgren, Olivia Merseth, Laura Brenner, Noel Lyles, and Richard Wilbourn.

[3] *See* Objections of Kara Evans, Jeffrey Baldwin, Arnaldo A. Tubens, Honey Harless, Matthew Boucher, Jeffrey Flood, Paul Schmidt, Catherine Eiler, Emelia Osei, and Timeka Neal.

seek recovery for unrelated issues with their Class Vehicles,[4] complain that they cannot partake in the Settlement relief but have not experienced issues with their Class Vehicle,[5] want a new engine instead of a potentially remanufactured engine,[6] or appear to have valid claims but have not indicated they have submitted a claim.[7] These objections should be overruled for the reasons identified in Plaintiffs' Motion. (ECF No. 61-1, 21-25.)

Regarding the requests for exclusion, a total of 249 timely requests have been received. When compared to the 1,041,863 Class Vehicles, and 2,112,281 notices sent, the percent of exclusions received is just 0.024% of the total Class Vehicles, and just 0.012% of the total notices sent.

Plaintiffs respectfully request that the Court certify the Settlement Class and grant final approval to the Settlement.

Dated: April 16, 2021                    Respectfully Submitted,

                                By:   */s/ Matthew D. Schelkopf*
                                      Matthew D. Schelkopf
                                      Joseph G. Sauder
                                      Joseph B. Kenney
                                      **SAUDER SCHELKOPF LLC**

---

[4] *See* Objections of Emelia Osei, Jeffrey Baldwin, Rose Bell, and Samantha Lawrence.
[5] *See* Objections of Nancy Maxwell, Honey Harless, Matthew Boucher, Paul Koscak, Althea Hutcheson, and Bruce Kaplan.
[6] *See* Objection of Jeanne Hayden.
[7] *See* Objections of Camilla Lind, Cody Moore, and Dan Jordan. Class Counsel will encourage these objectors to submit claims.

        1109 Lancaster Avenue
        Berwyn, Pennsylvania 19312
        Telephone: (610) 200-0581
        mds@sstriallawyers.com
        jgs@sstriallawyers.com
        jbk@sstriallawyers.com

        Nicholas Migliaccio
        Jason Rathod
        Esfand Y. Nafisi
        **MIGLIACCIO & RATHOD LLP**
        412 H Street Northeast, Suite 302
        Washington, D.C. 20002
        Telephone: (202) 470-3520
        nmigliaccio@classlawdc.com
        jrathod@classlawdc.com
        enafisi@classlawdc.com

        Daniel C. Levin
        **LEVIN SEDRAN & BERMAN**
        510 Walnut Street
        Suite 500
        Philadelphia, PA 19102
        Telephone: 215-592-1500

        *Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that the foregoing **PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THEIR UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** was filed on this 16th day of April, 2021 using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf